UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE FRANCIS, *on her own behalf*,

                                        Plaintiff,

                        -v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION, KATHELEEN
BORNKAMP, JAMES GONZALES,
DANIELLE CIVITANO, *jointly and severally*,

                                        Defendants.

---

21 Civ. 7747 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Court is in receipt of Plaintiff's letter motion to compel Defendant James Gonzales to respond to Plaintiff's Interrogatories and Document Requests, and to resolve various other discovery disputes, dated November 21, 2022 (Dkt. #42), Defendants Katheleen Bornkamp, Danielle Civitano, and the New York City Department of Education (the "City Defendants")'s response dated November 28, 2022 (Dkt. #43), and Plaintiff's reply dated November 29, 2022 (Dkt. #44).  Defendant James Gonzales is directed to respond to Plaintiff's letter motion by **December 5, 2022**.

        SO ORDERED.

Dated:   December 1, 2022
         New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge