UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE FRANCIS, *on her own behalf*,

                    Plaintiff,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION, KATHELEEN BORNKAMP, JAMES GONZALES, DANIELLE CIVITANO, *jointly and severally*,

                    Defendants.

21 Civ. 7747 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Plaintiff's letter motion to, *inter alia*, compel Defendant James Gonzales to respond to Plaintiff's interrogatories and document requests sent to him on August 5, 2022. (Dkt. #42). On December 1, 2022, the Court ordered Defendant Gonzales to respond to Plaintiff's motion on or before December 5, 2022. (Dkt. #46). Hearing nothing, the Court hereby ORDERS Defendant Gonzales to respond to Plaintiff's interrogatories and document requests on or before **December 22, 2022**.

      SO ORDERED.

Dated:   December 12, 2022
             New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge